JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CALEY, DDS AND BARBARA CALEY,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. AND DOES 1 THROUGH 20, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV 13-00863-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant National Union Fire Insurance Company of Pittsburgh, PA. The Court orders that such judgment be entered.

Dated: <u>October 31, 2013</u>

_____
VIRGINIA A. PHILLIPS
United States District Judge